NATHAN PAKALINSKY, by Guardian, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued May 7, 1884; decided June 10, 1884.)

*William G. Tracy* for appellant.

*M. M. Waters* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.